**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| THE ESTATE OF KEVIN KIZER by | ) | |
| Special Administrator CAMILLE KIZER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:19-CV-464-JEM |
| | ) | |
| ZOLL MEDICAL CORPORATION | ) | |
| d/b/a ZOLL, *et al*., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a Stipulation of Dismissal [DE 21], filed by the parties on March 30, 2021. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 7th day of April, 2021.

s/ John E. Martin_____
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record

1